# ELECTRONIC RECORD

COA # 04-13-00433-CR        OFFENSE: Poss of CS 1 less than 1 Gram

STYLE: Raymond McKinney v. The State of Texas        COUNTY: Bexar

COA DISPOSITION: Reversed and Remand        TRIAL COURT: 226th District Court

DATE: 08/13/2014        Publish: YES        TC CASE #: 2012CR8329

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»        CCA #: **1231-14**

_____State's_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_        JUDGE: _____

DATE: _December 10, 2014_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam, Keller, P.J. would grant_ PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____